IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
WELFARE BENEFIT PLAN              )
ADMINISTRATIVE COMMITTEE OF       )
SNELL & WILMER, L.L.P.,           )
                                  )
                 Plaintiff,       )
                                  )
    vs.                           )
                                  )
MICHAEL K. KELLY,                 )
                                  )     No. 2:07-cv-2629-HRH
                 Defendant.       )
_____)
```

O R D E R

Case Status

Pursuant to the court's request, the administrative record for this case was filed on November 17, 2008.

As regards further proceedings, counsel have agreed that plaintiff's complaint and this litigation will have to do with the "appropriate care issue as of December 28, 2007."[1] As detailed in the parties' stipulation, plaintiff's and defendant's rights as regards benefits subsequent to December 28, 2007, are all reserved.

As regards the present litigation, the parties disagree as to the scope of review and have agreed that that issue should be briefed first. The schedule proposed by counsel is satisfactory. Defendant's motion to allow additional evidence not contained in

---

[1] Stipulation re Briefing of Remaining Issues at 1, Docket No. 37.

the administrative record will be served and filed on or before January 12, 2009.  Plaintiff's opposition shall be served and filed on or before February 16, 2009, and defendant's reply may be served and filed on or before March 6, 2009.

    DATED at Anchorage, Alaska, this <u>1st</u> day of December, 2008.

                                        <u>/s/ H. Russel Holland</u>  
                                        United States District Judge