## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

WELFARE BENEFIT PLAN ADMINISTRATIVE
COMMITTEE OF SNELL & WILMER, LLP      v.   MICHAEL K. KELLY

THE HONORABLE H. RUSSEL HOLLAND            CASE NO.   2:07-cv-2629-HRH

   Deputy Clerk                              Official Recorder

     -----                                     -----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

    The administrative record for this case was lodged with the court on November 18, 2008. (Docket No. 34.) The clerk will please file, under seal, the administrative record. Plaintiff will forthwith provide a hard copy of the administrative record to chambers:

> Judge H. Russel Holland
> United States District Court
> 222 West 7th Avenue - No. 54
> Anchorage, Alaska 99513

    For CM/ECF purposes, the clerk will please "link" plaintiff's "notice of filing" (Docket No. 45) to the administrative record.

---